UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR CHUNG; JAN CHUNG,<br><br>　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>QBE INSURANCE CORPORATION, a Pennsylvania corporation; DOES 1 through 100, inclusive,<br><br>　　　　　　　　　　Defendants. | Case No.: 23-CV-856-BEN(WVG)<br><br>**ORDER FOLLOWING CASE MANAGEMENT CONFERENCE** |

　　　　On September 28, 2023, the Court convened a third Early Neutral Evaluation Conference ("ENE") in the above-captioned matter. (ECF No. 16.) Joseph Dicks and Plaintiffs Oscar Chung and Jan Chung ("Plaintiffs") appeared on behalf of Plaintiffs. *Id.* Rebecca Weinreich and Wen Cheng, Defendant QBE Insurance Corporation's ("Defendant") client representative, appeared on behalf of Defendant. *Id.* Upon the matter not resolving, the Court immediately convened a Case Management Conference ("CMC"). *Id.*

　　　　During the CMC, Plaintiffs' counsel represented Plaintiffs would be prepared to file a dispositive motion seeking resolution of the insurance coverage issues related to California Labor Code §132a and an underlying 132a Petition. Plaintiffs' counsel

represented the dispositive motion would be filed within two weeks. Defendant's counsel also represented Defendant would be prepared to file its own dispositive motion seeking a ruling on the same issue within thirty-days. Plaintiffs' counsel and Defendant's counsel both agreed that in the event the Parties believed discovery should commence while waiting upon Judge Benitez' ruling(s) on the dispositive motion(s), the Parties will promptly inform and petition the assigned magistrate judge of the Parties' request to engage in discovery. Having consulted with the Parties and their counsel, **IT IS HEREBY ORDERED:**

No later than **October 13, 2023**, Plaintiffs shall contact the chambers of Honorable Roger T. Benitez to obtain a hearing date related to their dispositive motions. The Parties shall review and comply with the procedures set forth in Judge Benitez's Civil Chamber Rules.

While waiting upon Judge Benitez's ruling on any dispositive motions regarding the coverage issues related to California Labor Code §132a and an underlying 132a Petition, the Parties will promptly petition the assign magistrate judge of their request to engage in discovery, if it is believed that discovery should commence.

Within two (2) business days of Judge Benitez's ruling on any dispositive motions regarding the coverage issues related to California Labor Code §132a and an underlying 132a Petition, the Parties shall file a Joint Status Report updating the Court as to whether a second Case Management Conference is warranted and if so, providing counsel's availability for a second Case Management Conference.

**IT IS SO ORDERED.**

DATED: September 28, 2023

Hon. William V. Gallo
United States Magistrate Judge